NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-1426


CULLEN WASHINGTON

VERSUS

WILLIE G. CHARLES, ET AL.


**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 03-2442
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Michael G. Sullivan, Billy Howard Ezell, and James T. Genovese, Judges.


**AFFIRMED.**


**Vernon Ed McGuire, III**
**Plauche, Smith & Nieset**
**P. O. Drawer 1705**
**Lake Charles, LA 70602**
**(337) 436-0522**
**Counsel for Defendant/Appellee:**
**Progressive Security Insurance Company**

**Cullen Washington**
**In Proper Person**
**2127 Vito Street**
**Lake Charles, La 70601**
**(337) 433-6432**
**Plaintiff/Appellant**

**Cullen Washington**
**In Proper Person**
**2127 Vito Street**
**Lake Charles, La 70601**
**(337) 433-6432**
**Plaintiff/Appellant**